# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT FOR ARREST WARRANT

I, Kurt J. Dirker, being duly sworn, depose and state the following:

## INTRODUCTION

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), United States Department of Justice. I have been employed by the FBI since July of 2011. I am currently assigned to the Akron Resident Agency of the Cleveland Field Division. As a Special Agent with the FBI, I investigate criminal matters related to white collar crime, bank robberies, crimes against children, and other violations including federal wire fraud, mail fraud, and bank fraud statutes. I have an Associate of Applied Science degree in Criminal Justice, A Bachelor's degree in Political Science, and a Master's degree in Human Resources Training and Development. Prior to my employment as a Special Agent with the FBI, I was a Police Officer/Detective with the Cuyahoga Falls, Ohio Police department for over eleven years.

## PURPOSE

2. This affidavit is being made in support of a criminal complaint charging Matthew Shilling, DOB XX/XX/1987, with bank robbery in violation of Title 18, United States Code Sections 2113(a). Affiant knows the following information based on an investigation conducted by the Affiant, other FBI Agents, and Detectives of the Portage County Sheriff's Office.

## PROBABLE CAUSE

3. On March 5, 2019, at approximately 3:03 p.m., a white male robbed the Chase Bank, located at 4000 Waterloo Road in Randolph, Ohio. Upon entering the bank, the male approached the bank tellers and pointed a gun at them. He then handed them a bag and demanded money. One of the bank tellers complied and put money in the bag. The male took the bag and exited the bank.

4.　　A witness on scene told officers from the Portage County Sheriff's Office (PCSO) that the subject fled the bank and entered a blue Subaru Forester that was parked in the vicinity of the bank. The witness also stated that the license plate on the Subaru had been removed. An audit conducted after the robbery indicated that the subject fled with $13,000.00 in United States currency. At the time of the robbery, Chase Bank's deposits were insured by the Federal Deposit Insurance Corporation.

5.　　On March 5, 2019, detectives from the PCSO conducted database searches of the owners of vehicles matching the description of the blue Subaru Forester used in the bank robbery. The search revealed that Cynthia Shilling, DOB XX/XX/1959, is a registered owner of a blue Subaru Forester similar to the one used in the bank robbery. The database search also revealed that she resided within approximately three miles of the Chase Bank.

6.　　On March 5, 2019, detectives responded to Cynthia Shilling's residence located at 3961 Spring Lakes Blvd. in Atwater, Ohio in order to conduct an interview. Upon arrival, detectives observed a blue Subaru Forester on the property. Detectives also observed that the license plate was not entirely fastened to the vehicle and that there were fresh tire tracks in the driveway. Ms. Shilling told detectives she had not permitted anyone to use her vehicle in recent days.

7.　　Investigation by PCSO detectives revealed that Cynthia Shilling has a son named Matthew Lee Shilling, DOB XX/XX/1987.

8.　　On March 16, 2019, the FBI's National Threat Operations Center received a call from an identified individual who identified Matthew Shilling as the male subject who robbed the Chase Bank located at 4000 Waterloo Road in Randolph, Ohio on March, 5, 2019. The caller claimed to have recognized Matthew Shilling specifically from the jacket worn during the robbery and the blue Subaru Forester that was used to flee the bank after the robbery.

9. On March 26, 2019, PCSO detectives executed a search warrant issued out of the Portage County Municipal Court at Matthew Shilling's residence located at 6226 Ferndale Road in Ravenna, Ohio. The search resulted in the discovery of a Black Beretta BB gun, clothing, and gloves resembling those that were used in the robbery of the Chase Bank located at 4000 Waterloo Road, Ravenna, OH on 03/05/2019.

10. On March 26, 2019, Detectives from the Portage County Sheriff's Office interviewed Matthew Shilling. Matthew Shilling confessed that he robbed the Chase bank located at 4000 Waterloo Road in Randolph, Ohio on March 5, 2019.

11. Based on the foregoing, Affiant respectfully submits that there is probable cause to establish that on March 5, 2019, Matthew Lee Shilling committed a bank robbery at the PNC Bank located at 4000 Waterloo Road, Randolph, Ohio, in the Northern District of Ohio, Eastern Division, in violation of Title 18, United States Code Section 2113(a).

_____
Kurt J. Dirker – Special Agent
Federal Bureau of Investigation
Akron RA

Sworn to and subscribed before me this 27 day of March, 2019.

_____
GEORGE J. LIMBERT
United States Magistrate Judge

3