IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **I N D I C T M E N T** |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 5:19 CR 243 |
| v. ) | |
| ) | Title 18, Sections 1951(a) and |
| MATTHEW L. SHILLING, ) | 2113(a), United States Code |
| ) | |
| Defendant. ) | |

JUDGE LIOI

### GENERAL ALLEGATIONS

1. At all times material to this Indictment, Circle K had stores located at 1370 E. Main Street, Ravenna, Ohio and 1029 W. Main Street, Ravenna, Ohio. These stores were engaged in the retail sale of articles and commodities that had moved in and affected interstate commerce.

2. At all times material to this Indictment, Circle K was owned and operated by Circle K Stores, Inc. and had its headquarters in Tempe, Arizona.

3. At all times material to this Indictment, BP Gas Station located at 6134 State Highway 14, Ravenna, Ohio was engaged in the retail sale of articles and commodities that had moved in and affected interstate commerce.

4. At all times material to this indictment, BP Gas Stations were owned and operated by BP PLC, which had its headquarters in London, United Kingdom.

COUNT 1
(Interference with Commerce by Robbery, 18 U.S.C. § 1951(a))

The Grand Jury charges:

5. On or about February 15, 2019, in the Northern District of Ohio, Eastern Division, Defendant MATTHEW L. SHILLING did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that MATTHEW L. SHILLING, did unlawfully take and obtain monies and property, consisting of United States currency and cigarettes, in the custody, possession, and presence of employees of Circle K, located at 1370 E. Main Street, Ravenna, Ohio, against the employees' will, by means of actual and threatened force, violence, and fear of immediate injury to said employees, in violation of Title 18, United States Code, Section 1951(a).

COUNT 2
(Interference with Commerce by Robbery, 18 U.S.C. § 1951(a))

The Grand Jury further charges:

6. On or about February 18, 2019, in the Northern District of Ohio, Eastern Division, Defendant MATTHEW L. SHILLING did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that MATTHEW L. SHILLING, did unlawfully take and obtain monies and property, consisting of United States currency and cigarettes, in the custody, possession, and presence of employees of BP Gas Station located at

6134 State Highway 14, Ravenna, Ohio, against the employees' will, by means of actual and threatened force, violence, and fear of immediate injury to said employees, in violation of Title 18, United States Code, Section 1951(a).

## COUNT 3
(Interference with Commerce by Robbery, 18 U.S.C. § 1951(a))

The Grand Jury further charges:

7. On or about March 1, 2019, in the Northern District of Ohio, Eastern Division, Defendant MATTHEW L. SHILLING did unlawfully obstruct, delay, and affect commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), and the movement of articles and commodities in such commerce, by robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), in that MATTHEW L. SHILLING did unlawfully take and obtain monies and property, consisting of United States currency and cigarettes, in the custody, possession, and presence of employees of Circle K, located at 1029 W. Main Street, Ravenna, Ohio, against the employees' will, by means of actual and threatened force, violence, and fear of immediate injury to said employees, in violation of Title 18, United States Code, Section 1951(a).

## COUNT 4
(Bank Robbery, 18 U.S.C. § 2113(a))

The Grand Jury further charges:

8. On or about March 5, 2019, in the Northern District of Ohio, Eastern Division, Defendant MATTHEW L. SHILLING, by force, violence, and intimidation, did take from the person and presence of another approximately $13,000.00 of money belonging to and in the care, custody, control, management, and possession of Chase Bank, 4000 Waterloo Road, Randolph,

Ohio, whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.